THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND ESPOSITO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of a violation of the Alcoholic Beverage Control Law, unanimously affirmed. While the record is meager and the facts should have been developed in a more full and orderly manner, the evidence justified a finding that the defendant possessed liquor in his premises for the purpose of sale and consumption thereon. These circumstances were proved: the coming and going of at least a dozen men between ten-forty-five A. M. and eleven-fifteen A. M.; the intoxicated condition of some of them; that the defendant took a jug from a table and proceeded toward the yard back of the building; the smashed jug in the yard immediately after that incident; the presence of liquid on defendant's hands immediately after that incident; the presence of men seated at the table with glasses before them which contained alcohol or liquor conforming to the definitions in subdivisions 1 and 19 of section 3 of the Alcoholic Beverage Control Law. These facts all indicate that defendant conducted an unlicensed commercial establishment or low type groggery and that he possessed and offered liquor for sale therein. These circumstances are not consistent with the hypothesis of innocence and negative the view that the premises were being used for private social purposes. There is no proof of the latter. It could only be considered if it were the subject of proof on behalf of the defendant. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE MANARA, Appellant.— Judgment of the County Court of Nassau county convicting appellant of the crimes of sodomy and assault in the second degree, and order denying appellant's motion to set aside the verdict and for arrest of judgment, affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. Lazansky, P. J., Hagarty, Johnston and Adel, JJ., concur; Carswell, J., concurs in result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS McMONAGLE, Appellant.— Judgment of the County Court of Kings county convicting the defendant of the crime of robbery in the first degree, armed, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMANDO REYES, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of a violation of section 974 of the Penal Law (possession of policy slip), and sentencing him to the New York City Penitentiary to be dealt with according to law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.